NO. 349-7584

EX PARTE

§

§

§

§

GERALD GLENN TURNER

§

FILED IN

IN THE DISTRICT 12COURT OF APPEALS

TYLER, TEXAS

349th JUDICIAL DISTRICT 3/19/2015 1:36:28 PM

CATHY S. LUSK

ANDERSON COUNTY, TEXAS

Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Gerald Glenn Turner, Defendant in the above entitled and numbered cause, pursuant to Rule 31 of the Texas Rules of Appellate Procedure, and gives this written notice of interlocutory appeal to the Court of Appeals of the State of Texas from the order of the trial Court issuing the writ of habeas corpus, but denying relief thereon, on February 2, 2015.

Respectfully submitted,

Wm. M. House, Jr., Attorney at Law
800 North Church
Palestine, Texas 75801
Tel: (903) 723-2077
Fax: (903) 723-6323

By: _____
Wm. M. House, Jr.
State Bar No. 10045000
wmmhousejr@embarqmail.com
Attorney for Gerald Glenn Turner

## CERTIFICATE OF SERVICE

This is to certify that on March 2, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas, by hand delivery.